No. 374. UNITED STATES EX REL. ROONEY *v.* RAGEN, WARDEN; and

No. 390. ILLINOIS EX REL. BANKS *v.* RAGEN, WARDEN. On petitions for writs of certiorari to the Supreme Court of Illinois;

No. 461. RENNINGER *v.* NEW YORK. On petition for writ of certiorari to the Supreme Court, Seneca County, New York;

No. 464. BERRY *v.* RAGEN, WARDEN. On petition for writ of certiorari to the Criminal Court of Cook County, Illinois; and

No. 465. HUMBLE *v.* RAGEN, WARDEN. On petition for writ of certiorari to the Supreme Court of Illinois.

November 13, 1945. The petitions for writs of certiorari are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.